# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 4695 | **DATE** | 9/13/2000 |
| **CASE TITLE** | Dennis Lee Lewis vs. United States Secret Service | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Because this action is already closed, this Court sees no need to comment further with one exception: because of the possibility that the mindless computer might treat this most recent document as some kind of motion that would then show up on the periodic listing of "Pending Motions," this Court denies any such motion summarily to avoid computer clutter.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | SEP 15 2000 | |
| | Notified counsel by telephone. | date docketed | 6 |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | FILED FOR _____ | docketing deputy initials |
| | Copy to judge/magistrate judge. | 00 SEP 14 PM 2:24 | 9/13/2000 |
| SN | courtroom deputy's initials | | date mailed notice |
| | | Date/time received in central Clerk's Office | SN mailing deputy initials |

IN THE UNITED STATE DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION

DENNIS LEE LEWIS,                )
                                 )
                Plaintiff,       )
                                 )
        v.                       )    No. 00 C 4695
                                 )
UNITED STATES SECRET SERVICE,    )
                                 )
                Defendant.       )

                          MEMORANDUM ORDER

    This Court's August 8, 2000 memorandum opinion and order addressed the Complaint that had been filed by pro se plaintiff Dennis Lee Lewis ("Lewis") in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois and that had been timely removed to this District Court by the United States Secret Service. For the reasons amply stated there, this Court sua sponte dismissed both Lewis' Complaint and this action for lack of subject matter jurisdiction.

    Now the Clerk's Office has received another unintelligible handwritten submission from Lewis, a document that has been transmitted to this Court's chambers because Lewis refers (among other things) to "Judge Shadur"[1] and to "00 C 4695." It is

---

[1] Lewis also adverts to this Court's colleague Honorable David Coar and to Magistrate Judge Nan Nolan in response to the Court Office's original deficiency notification, which had read in part:

> The document(s) being returned require more
> information. Please provide the case number, judge's
> name and case title.

painfully obvious from the bizarre nature of Lewis' presentation that he needs help, but this Court is in the wrong profession to provide the type of help that he really requires. Because this action is already closed, this Court sees no need to comment further with one exception: because of the possibility that the mindless computer might treat this most recent document as some kind of motion that would then show up on the periodic listing of "Pending Motions," this Court denies any such motion summarily to avoid computer clutter.

                                       /s/ Milton I. Shadur
                                       _____
                                       Milton I. Shadur
                                       Senior United States District Judge

Dated: September 13, 2000